W G TAYLOR

To Messr^s Hunt & Larned  
   Representatives & Atty^s  
   for the above Plaintiff

[In the handwriting of William G. Taylor]

128        1820

*Benj^n F. Larned*  
*vs*  
*William G Taylor et al*

Filed in Clerk's office  
24 December 1822  
JER. V R TEN EYCK  
Dep^y Clerk

TERRITORY OF MICHIGAN  
IN SUPREME COURT

*Benj^n F. Larned*  
   *vs*  
*William G. Taylor*  
*Wolcott Lawrence.*  
   *&*  
*Benjamin Davis*

In this case, one of the Defendants, towit William G. Taylor, having notified us as Attorneys, of Benj^n F. Larned, that he offered, at appraisal certain real estate, situate in the village of Monroe mentioned & particularly described in Said notice, in Satisfaction of the debt & cost on the Execution, on which he is now confined on the Prison limits of said County by virtue of a Statute of this

644

Territory Will take notice, that we shall not accept or receive in behalf of said Larned, the real estate mentioned in his Said notice in Satisfaction of said Jugment at the appraisal of men — The same not being the property of Said Taylor, but which was conveyed by him to one Joseph Laronger, to secure the payment of a certain Sum of money, mentioned in the Deed of mortgage, as will appear of record, which Deed is in full force & effect, & was at the time of his notice aforesaid

Detroit December 24th 1822